1  McGREGOR W. SCOTT
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2724

5

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9               EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )    No. CR S 04-274 GEB
                                    )
12              Plaintiff,          )    APPLICATION AND ORDER
                                    )    FOR EXONERATION OF BOND
13         v.                       )    AND RECONVEYANCE OF DEED
                                    )    OF TRUST
14 SHIRLEY MENDOZA,                 )
                                    )
15              Defendant.          )
   ─────────────────────────────── )
16

17       Plaintiff United States of America hereby applies for an

18 order:  (1) exonerating the Appearance Bond for defendant Shirley

19 Mendoza in the above-entitled action; and (2) reconveying the Deed

20 of Trust submitted to secure the Appearance Bond and received by

21 the Clerk of the Court, to Donato Cobarrubias and Laura

22 Cobarrubias, for the following reasons:

23       1.   An Appearance Bond for Shirley Mendoza, secured by real

24 property located at 12 Athen Street, San Francisco, California was

25 filed with this Court.

26       2.   The Clerk of the Court for the Eastern District of

27 California received the Deed of Trust for the real property located

28 at 12 Athen Street, San Francisco, California, securing the

                                 1

1  Appearance Bond.

2      3.   On January 14, 2005, this Court sentenced Mendoza to,

3  <u>inter alia</u>, 35 months incarceration.  Mendoza is currently serving

4  her sentence, and her Appearance Bond is no longer necessary and

5  may be exonerated.

6      THEREFORE, the United States respectfully requests an Order

7  that:

8      1.   The Appearance Bond secured by real property at 12 Athen

9  Street, San Francisco, California, be exonerated.

10     2.   The Clerk of the Court for the Eastern District of

11 California reconvey the Deed of Trust to Donato Cobarrubias and

12 Laura Cobarrubias.  Said reconveyance of the Deed of Trust shall be

13 executed and forwarded to the United States Marshals Service for

14 the Eastern District of California.

15

16 DATED: December 14, 2005              McGREGOR W. SCOTT
                                        United States Attorney
17

18                                 By:  <u>/s/ R. Steven Lapham</u>
                                        R. STEVEN LAPHAM
19                                      Assistant U.S. Attorney

20

21                                 **ORDER**

22

23

24     IT IS SO ORDERED.

   Dated:  December 15, 2005
25

26                                      <u>/s/ Garland E. Burrell, Jr.</u>
                                        GARLAND E. BURRELL, JR.
27                                      United States District Judge

28

                                   2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28